### IN THE UNITED STATES DISTRICT COURT
### DISTRICT OF KANSAS

| | |
|---|---|
| ARIKA J. FRANKLIN,<br><br>                            Plaintiff,<br><br>vs.<br><br>NCC Business Services Inc.,<br>                           Defendant. | Case Number: 13-CV-02600 |

### STIPULATION OF DISMISSAL WITH PREJUDICE

**IT IS HEREBY STIPULATED AND AGREED** by and between the parties hereto, by their respective undersigned attorneys, that the above-entitled action by Plaintiff may be, and hereby is dismissed on its merits with prejudice, without costs, disbursements or attorney's fees to any party.

Dated:  December 24, 2013

                                            By: /s/ A.J. Stecklein
                                            A.J. Stecklein #16330
                                            Consumer Legal Clinic LLC
                                            748 Ann Avenue
                                            Kansas City, Kansas 66101
                                            Telephone:  913-371-0727
                                            Facsimile:  913-371-0147
                                            Email:  AJ@KCconsumerlawyer.com
                                            Attorney for Plaintiff


                                            By: /s/ Pamela J. Welch
                                            Pamela J. Welch #21534
                                            Franke, Schultz & Mullen PC
                                            8900 Ward Parkway
                                            Kansas City, Missouri 64114
                                            Telephone:  816-421-7100
                                            Facsimile:  816-421-7915

                                            and

                          Michael A. Klutho #78069
                          Bassford & Remele PA
                          33 South Sixth Street, Suite 3800
                          Minneapolis, Minnesota  55407
                          Telephone:  612-376-1619
                          Facsimile:  612-333-8829
                          Attorneys for Defendant